UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RONALD SATISH EMRIT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MATTHEW DUNLAP and MAINE )<br>DEMOCRATIC PARTY, )<br>)<br>Defendants ) | No. 1:17-cv-402-GZS |

## ORDER AFFIRMING THE ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS AND RECOMMENDED DISMISSAL OF THE CASE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 12) filed March 14, 2018, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Application to Proceed *in forma pauperis* (ECF No. 3) is **GRANTED.**

2. Plaintiff's Complaint (ECF No. 1), as subsequently amended by Amended Complaint (ECF No. 4), and by Plaintiff's Second Amended Complaint (ECF No. 7), are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. §1915(e)(2)(B) for failure to state a claim upon which relief can be granted.

 /s/ George Z. Singal
United States District Judge

Dated this 17th day of April, 2018.