UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RONALD SATISH EMRIT<br>Plaintiff,<br><br>v.<br><br>MATTHEW DUNLAP, et al<br>Defendants, | )<br>)<br>)<br>)  Civil No. 1:17-cv-00402-GZS<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order Affirming the Order Granting Leave to Proceed in Forma Pauperis and Recommended Dismissal of the Case entered on April 17, 2018 by U.S. District Judge, George Z. Singal,

JUDGMENT of dismissal without prejudice is hereby entered.

                                            CHRISTA K. BERRY
                                            CLERK


                      By:     /s/Lindsey Caron
                                Deputy Clerk

Dated: April 17, 2018